**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

TS EMPLOYMENT, INC.,,

                      Debtor.

-----------------------------------------------------------------X
JAMES S. FELTMAN, not individually but solely
as chapter 11 trustee for TS Employment, Inc.,,

                    Plaintiff,　　　　　　　　　　22 **CIVIL** 7624 (JMF)

          -against-　　　　　　　　　　　　　　**JUDGMENT**

TRI-STATE EMPLOYMENT SERVICE, INC., et al,

                  Defendants,

                      and

JOFAZ TRANSPORTATION, INC. et al.,

                Third-Party Respondents
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2023, the Court has considered all of Respondents' arguments and finds them to be without merit. Respondents' objections are overruled. The Bankruptcy Court's proposed findings of fact and conclusions of law are ADOPTED in their entirety and summary judgment is GRANTED to the Trustee. Judgment is entered in the Trustee's favor consistent with the Opinion and Order (and the Bankruptcy Court's July 8, 2022 proposed findings of fact and conclusions of law) - that is, against Jofaz in the amount of $1,104,465.64, plus 9% prejudgment interest from January 25, 2016, in the amount of $709,430.05; against Y&M in the amount of $197,192.04, plus 9% prejudgment interest from

January 25, 2016, in the amount of $126,662.12; and against Third Avenue in the amount of $89,912.07, plus 9% prejudgment interest from January 25, 2016, in the amount of $57,753.11; accordingly, the case is closed.

**Dated:**  New York, New York
March 14, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                    **Clerk of Court**

**BY:**     _____
                                                    **Deputy Clerk**